**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: APPEAL OF EAST TORRESDALE CIVIC ASSOCIATION | : | No. 178 EAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: KEVIN GOODCHILD | : | the Order of the Commonwealth |
| | : | Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.